# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

June 15, 2018

TO COUNSEL LISTED BELOW:

    No. 16-41218 – United States of America vs.
            Fredis Alberto Reyes-Contreras, Etc.
            USDC No. 7:16-CR-606-1
    -----------------------------------------------------------

Dear Counsel,

    Enclosed is the court's order filed this date directing this case be reheard en banc with oral argument.

    Under Fifth Circuit Local Rule 41.3 this order vacates the previous opinion and judgment of this court and stays the mandate.

    Appellant will have until July 16, 2018, to file an en banc brief, with a blue cover, with appellee's en banc brief, with a red cover, due in this office not later than August 15, 2018. You will be directed to furnish twenty (20) copies of your en banc brief after the electronic filing is reviewed and processed. The case will be heard during the week of September 17, 2018. Counsel for the parties will receive adequate notice as to the exact date and time for the presentation of the oral argument.

    Please forward twenty (20) copies of your opening briefs and record excerpts previously filed, for the use of the en banc court. As you did previously, we request that all copies be spirally bound. These additional copies are due in the Clerk's Office by not later than Monday, June 25, 2018.

                Sincerely,

                LYLE W. CAYCE, Clerk

        By: _____
                Geralyn A. Maher
                Calendaring Clerk
                504-310-7630

Ms. Katherine Lisa Haden
Mr. Kathryn Shephard

cc:  Hon. Micaela Alvarez
    Ms. Carmen Castillo Mitchell
    Ms. Marjorie A. Meyers