# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____

No. 16-41218

_____

UNITED STATES OF AMERICA,

                          Plaintiff − Appellee

v.

FREDIS ALBERTO REYES-CONTRERAS, also known as
Alberto Contreras-Romero,

                          Defendant − Appellant

_____

Appeal from the United States District Court for the
Southern District of Texas

_____

ON PETITION FOR REHEARING EN BANC

(Opinion February 6, 2018, 5 Cir., 2018, 882 F.3d 113)

Before STEWART, Chief Judge, JONES, SMITH, DENNIS, OWEN, ELROD, SOUTHWICK, HAYNES, GRAVES, HIGGINSON, COSTA, WILLETT, HO, DUNCAN and ENGELHARDT, Circuit Judges.

BY THE COURT:

A member of the court having requested a poll on the petition for rehearing en banc, and a majority of the circuit judges in regular active service and not disqualified having voted in favor,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.